UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| BELLE E. PETRO | * | CIVIL ACTION NO. 10-0663 |
|---|---|---|
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the claimant be awarded benefits as of March 3, 2003.

Lafayette, Louisiana, this 11th day of October, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE